S. T. WINGFIELD, for plaintiff in error.

___

ADAMS *v.* SPIVEY.

Where tenants in common agree by parol upon a partition, defining in the agreement the boundaries of the part assigned to each in severalty, and each enters into possession, thus executing the agreement, the partition clothes each with a perfect equity and is thus the equivalent of legal title; and on such title recovery may be had in ejectment, or in a statutory action for land, against one who subsequently enters without a better title.

August 14, 1894.                                    *Judgment reversed.*

Complaint for land. Before Judge BARTLETT. Jasper superior court. September term, 1893.

Mrs. Adams sued Spivey for a lot in the town of Machen. A nonsuit was granted, and plaintiff excepted. It appears from the evidence, among other things, that the lot in dispute is a part of land left by the will of Matthew Whitfield to his four grandsons equally. On December 29, 1869, one of these grandsons conveyed his interest to Hill. In 1874 Hill and the other three legatees agreed upon a division of the lands, and the same were divided by commissioners; but whether they made a written report or the agreement was in writing does not appear. After the division each party went into the possession of the part allotted to him. On March 23, 1875, Hill made to plaintiff the deed under which she claims the lot in dispute. He died in that year. A survey and plat were made for her, which plat was in evidence; and there was considerable testimony as to boundary lines, which need not be recited here.

A. M. SPEER and J. H. HOLLAND, for plaintiff.